NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GEOSCOPE TECHNOLOGIES PTE. LTD.,**
*Appellant*

v.

**GOOGLE LLC,**
*Appellee*

_____

2025-1666

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01212.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2            GEOSCOPE TECHNOLOGIES PTE. LTD. V. GOOGLE LLC

(2)  Each side shall bear their own costs.


FOR THE COURT


June 6, 2025                          Jarrett B. Perlow
    Date                              Clerk of Court


**ISSUED AS A MANDATE:** June 6, 2025